UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOSHUA FROST,**

    **Plaintiff,**

  v.                              Case No.: 2:20-cv-253
                                      Judge Edmund A. Sargus, Jr.
                                      Magistrate Judge Elizabeth P. Deavers

**COMMISIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

## ORDER

    This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on January 13, 2021.  (ECF No. 13.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation. (ECF No. 13.)  For the reasons set forth in the Report and Recommendation, the decision of the Commissioner is **AFFIRMED**. The Clerk is directed to close this case.

    **IT IS SO ORDERED.**


**2/24/2021**                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                      **UNITED STATES DISTRICT JUDGE**